PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL A. BROWN, | ) | |
| | ) | CASE NO. 4:21CV362 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| AS AMERICA, INC., | ) | |
| | ) | **ORDER** |
| Defendant. | ) | |

On January 21, 2022, Plaintiff's counsel informed the Court that the above-captioned matter has settled. Therefore, the docket shall be marked "settled and dismissed without prejudice." On or before March 7, 2022, the parties shall submit a proposed and executed Stipulation of Dismissal with Prejudice, which, if approved, shall supersede this Order.

All upcoming case management dates are vacated.

IT IS SO ORDERED.

January 21, 2022                 */s/ Benita Y. Pearson*
Date                                      Benita Y. Pearson
                                                  United States District Judge